**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JANICE H. ROBINSON**, | ) | CASE NO. 5:22-CV-01061 -CEF |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| **COMMISSIONER OF SOCIAL SECURITY**, | ) ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |

On June 17, 2022, Plaintiff Janice H. Robinson filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny her social security disability insurance benefits (ECF No. 1). On May 10, 2023, Magistrate Judge Jennifer Dowdell Armstrong recommended that the Court AFFIRM the Commissioner's final decision (ECF No. 13).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  No objection has been filed by Plaintiff.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the Report and Recommendation to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a Report and Recommendation without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Armstrong's Report and Recommendation, incorporating it fully herein by reference. The Commissioner's final decision is **AFFIRMED**.

1

**IT IS SO ORDERED.**

Date: August 9, 2023

_____
**CHARLES ESQUE FLEMING**
**UNITED STATES DISTRICT JUDGE**